MICHAEL MERTEL V. THE STATE.

No. 9610.  Delivered January 20, 1926.

**Selling Intoxicating Liquor—Appeal Withdrawn.**

In compliance with appellant's request, supported by his affidavit that he desires to withdraw his appeal, his request is granted, and the appeal dismissed.

Appeal from the District Court of Wheeler County. Tried below before the Hon. W. R. Ewing, Judge.

Appeal from a conviction for selling intoxicating liquor, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for selling intoxicating liquor, punishment is two years in the penitentiary.

Appellant has filed his affidavit advising this court that he desires to withdraw his appeal. In compliance with his personal request the appeal is dismissed.

*Dismissed.*